Alexsis S. Thomas
485 40th apt 16
Oakland, CA, 94609

**FILED**
JAN 23 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Alexsis S. Thomas

   Plaintiff,

vs.

East Bay Law

  Kristina Klizewski

   Defendant

) Case No.: C18-0502 JCS
)
) Malicious Psychological
) Attack of Mother
) And Child
)
)

DATED: January 23, 2018

*Alexsis S. Thomas* (signature)

- 1 -
DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

The Attack Of Alexsis and Jayden-Giana Thomas, Conducted by remotely, Destitute individuals.
Alexsis and Jayden are Victims of Malicious psychological attack conduct by many. Paul D Finley, Melanie Marie Oliver, Trina Newell, Teala Holmes, Kenneth Finley Himself.
Kenneth is Sterile understands within pregnancy he is not a father. Malicious psychological attack indicates possibilities, And drugs.
Artillery involved, Kenneth , Paul, Melanie , Teala, Even Child Paul 3rd.
Mom Sharon Slaton posses artillery. Possesing the Artillery Unlawful Communication Of Residence 485 40th apt 16 Street, Unlawful Communication of Employers, Ransacking and theft involved.
Kristina Klizewski no Longer has Mental Emotional Or physical ability to perform, I would Understand. Kristina Klizewski is not competent. Kristina Kilzewski not competent within her position or not competent within implied Contract, Mental Health By Use Of Drugs forced Illegal Placement of Child
Kristina Klizewski said Shut- Up To I Alexis S Thomas In juvenile dependency court as. Kristina Klizewski
Continued to Use Word Kill, within court. As in I Alexsis is Threatening with Word Kill Within Drug Use Drug Habits drug dependency.
Severe psychological attack of mother and child upon revalation, Of aggravated assaults and attacks,
I ask Her to remove herself she refused non competent to continue.
Oakland incident 17-046193
I have been threatened and attacked within Illegal Placement of my kid Jayden.
17-0999
Internal Affairs ,
242 PC Battery Citation 2038796
Malicious attack indicates I have abandoned as Psychological Treatment is Severe Assault , inhumane Arise as well as sex scandals.
Malicious Attack Indicates Suicidal I have Not Been, Malicious Attacks indicate Drug Use, Testing return Negative I have no Drug Dependancy No Drug Habits.
We are indicating within Termination of parental rights
Within drug use, Termination of parental rights caused by mental illness and drug use as testing return negative.
Intentional failure to act competently.
JM-028361-01

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

| Form **14039** (April 2017) | Department of the Treasury - Internal Revenue Service<br>**Identity Theft Affidavit** | OMB Number<br>1545-2139 |
|---|---|---|

Complete this form if you need the IRS to mark an account to identify questionable activity.

**Section A - Check the following boxes in this section that apply to the specific situation you are reporting** *(Required for all filers)*

- [x] 1. I am submitting this Form 14039 for myself
- [ ] 2. This Form 14039 is submitted in response to a 'Notice' or 'Letter' received from the IRS
  - Please provide 'Notice' or 'Letter' number(s) on the <u>line to the right</u>
  - Please check box 1 in **Section B** and see special mailing and faxing instructions on reverse side of this form.
- [ ] 3. I am submitting this Form 14039 on behalf of my 'dependent child or dependent relative'
  - Please complete **Section E** on reverse side of this form.
  - Caution: If filing this on behalf of your 'dependent child or dependent relative', filing this form will protect his or her tax account but it will **not** prevent the victim in **Section C** below from being claimed as a dependent by another person.
- [ ] 4. I am submitting this Form 14039 on behalf of another person *(other than my dependent child or dependent relative)*
  - Please complete **Section E** on reverse side of this form.

**Section B – Reason For Filing This Form** *(Required)*

Check only ONE of the following boxes that apply to the person listed in **Section C** below.

- [x] 1. Someone used my information to file taxes
- [x] 2. I don't know if someone used my information to file taxes, but I'm a victim of identity theft

Please provide an explanation of the identity theft issue, how you became aware of it and provide relevant dates. If needed, please attach additional information and/or pages to this form.

Hired with Bank of America November 2005. Spring 2006, I were forced into a vehicle & driven away with. I awake I see someone dark skin white. My tax information employment history missing I were held against my will.

**Section C – Name and Contact Information of Identity Theft Victim** *(Required)*

| Victim's last name | First name | Middle initial | Taxpayer Identification Number *(Please provide 9-digit Social Security Number)* |
|---|---|---|---|
| Thomas | Alexsis | S | 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 |

Current mailing address *(apartment or suite number and street, or P.O. Box) If deceased, please provide last known address*
2138 65 Ave

| Current city | State | ZIP code |
|---|---|---|
| Oakland | CA | 94621 |

Tax Year(s) you experienced identity theft *(If not known, enter 'Unknown' in one box below)*
2005 | 2006 | 2007

What is the last year you filed a return: 2004

Address used on last filed tax return *(If different than 'Current')*

Names used on last filed tax return *(If different than 'Current')*

City *(on last tax return filed)*: Richmond

State | ZIP code

Telephone number with area code *(Optional) If deceased, please indicate, 'Deceased'*
Home telephone number
Cell phone number: 510-677-3792

Best time(s) to call: AUG 17 2017

Language in which you would like to be contacted: [x] English  [ ] Spanish

**Section D – Penalty of Perjury Statement and Signature** *(Required)*

Under penalty of perjury, I declare that, to the best of my knowledge and belief, the information entered on this Form 14039 is true, correct, complete, and made in good faith.

Signature of taxpayer, or representative, conservator, parent or guardian: *[signature]*

Date signed: 8-17-2017

Submit this completed form to either the mailing address or the FAX number provided on the reverse side of this form.

Catalog Number 52525A  www.irs.gov  Form **14039** (Rev. 4-2017)

| Form **14039** (April 2017) | Department of the Treasury - Internal Revenue Service<br>**Identity Theft Affidavit** | OMB Number<br>1545-2139 |
|---|---|---|

Complete this form if you need the IRS to mark an account to identify questionable activity.

**Section A** - Check the following boxes in this section that apply to the specific situation you are reporting *(Required for all filers)*

- [x] 1. I am submitting this Form 14039 for myself
- [ ] 2. This Form 14039 is submitted in response to a 'Notice' or 'Letter' received from the IRS     NOV 17 2017
  - Please provide 'Notice' or 'Letter' number(s) on the line to the right _____
  - Please check box 1 in **Section B** and see special mailing and faxing instructions on reverse side of this form.
- [ ] 3. I am submitting this Form 14039 on behalf of my 'dependent child or dependent relative'
  - Please complete **Section E** on reverse side of this form.
  - Caution: If filing this on behalf of your 'dependent child or dependent relative', filing this form will protect his or her tax account but it will **not** prevent the victim in **Section C** below from being claimed as a dependent by another person.
- [ ] 4. I am submitting this Form 14039 on behalf of another person *(other than my dependent child or dependent relative)*
  - Please complete **Section E** on reverse side of this form.

**Section B – Reason For Filing This Form** *(Required)*

Check only ONE of the following boxes that apply to the person listed in **Section C** below.

- [ ] 1. Someone used my information to file taxes
- [x] 2. I don't know if someone used my information to file taxes, but I'm a victim of identity theft

Please provide an explanation of the identity theft issue, how you became aware of it and provide relevant dates.
If needed, please attach additional information and/or pages to this form.

Incident 17-046193 Citation 2089585 Provoked by Identity Theft Oakland Police Incident. Hired with Bank of America November 200 Internal Affairs Case 17-0999, Names Melanie Oliver Daniel Sharon Slaton Yasmine As Celeste Guap. Assists in theft of Address Slander defamation. John George, Villa Fairmont Hospital Assisting Theft of identity Suzanne Brush. 1 women sleeps with 28 officers uniformed cops. My idenity Has Been Stolen. KAITLYN Russian Intelligence

**Section C – Name and Contact Information of Identity Theft Victim** *(Required)*

| Victim's last name | First name | Middle initial | Taxpayer Identification Number *(Please provide 9-digit Social Security Number)* |
|---|---|---|---|
| THOMAS | Alexsis | S | 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 |

Current mailing address *(apartment or suite number and street, or P.O. Box) If deceased, please provide last known address*
485 40th Street Apt 16

| Current city | State | ZIP code |
|---|---|---|
| Oakland | CA | 94609 |

Tax Year(s) you experienced identity theft *(If not known, enter 'Unknown' in one box below)*

What is the last year you filed a return: Unknown

Address used on last filed tax return *(If different than 'Current')*: 323 Address is fraud
Names used on last filed tax return *(If different than 'Current')*: By telephone Hiring

City (on last tax return filed): Is fraud & Theft,

Telephone number with area code *(Optional) If deceased, please indicate 'Deceased'*
Home telephone number:
Cell phone number: 677-3742
Best time(s) to call:

Language in which you would like to be contacted: [x] English  [ ] Spanish

**Section D – Penalty of Perjury Statement and Signature** *(Required)*

Under penalty of perjury, I declare that, to the best of my knowledge and belief, the information entered on this Form 14039 is true, correct, complete, and made in good faith.

Signature of taxpayer, or representative, conservator, parent or guardian: [signature]
Date signed:

Submit this completed form to either the mailing address or the FAX number provided on the reverse side of this form.

Catalog Number 52525A    www.irs.gov    Form **14039** (Rev. 4-2017)

MAJ G 2138.65 Ave Oakland CA 94621

## ALAMEDA COUNTY MEDICAL CENTER
### Patient Complaint/Grievance

Date of Incident: 2011   Pt. Name: Alexsis THOMAS
Date Reported: 9-5-2017   MR#: ___   Date of Birth: August 17, 1984
Time of Incident: ___   Address: 485 40th APT 16   City: Oakland
Contact Number: 510-677-3792   Zip Code: 94609
Dept/Unit: ___   Campus: ☐ Fairmont ☐ Highland ☑ JGP ☐ Other ___

**Briefly Describe Complaint:** Please provide specific information such as names, dates, sequence of events, etc. as possible. Attach as much additional information as is necessary.

2011, Hospitalized, overcrowding, Contamination, Contamination, THAT is STealing My idenity and endangering My Child Jayden-THOMAS 11-21-2007. Contamination that has conflicted with Parental Rights custodial issues, Contamination THaT Murders John George MUST FALL

What action are you requesting? REVIEW CHarts, Files medications, Release Freightened Terrified, I Alexsis S. THOMAS And Endangered Myself And My Child Ayden-Giana Ross, Jayden-THOMAS

Signature of Person submitting Complaint: Alexsis Thomas

If other than patient, indicate relationship: ___

Signature of Employee Receiving Complaint: ___

**CITIZEN CRIME REPORT**
Oakland Police Department
455 - 7th Street, Patrol Desk (1st Floor)
Oakland, CA 94607-3985

*For Departmental Use Only*

| Assign To | Police Beat | CP Beat | RD No. |
|---|---|---|---|
| | | | 17-063312 |

| Crime (Section-Subsection Code) | Classification |
|---|---|
| 415 PIC | THREATS |

Is this Report for Insurance Purposes Only? ☐ Yes ☐ No

Please **type** or **print in non-erasable black ink**. When this form is completed, it will serve as an Oakland Police Crime Report which will document the incident and assist in its investigation.

If a **written** report has already been made, please check the SUPPLEMENTAL box on the Citizen Additional/Supplemental Information form. If you desire a Report Document Number, call (510) 238-3021 after five (5) business days. It is recommended that you make a copy of this report before mailing.

| LAST Name | First | Middle | Race | Sex | Date of Birth (Mo/Day/Yr) |
|---|---|---|---|---|---|
| Thomas | Alexsis | Shonte | B | F | 8-17-1984 |

| Residence | City | ☒ Oakland | Zip | Res. Phone |
|---|---|---|---|---|
| 485 40th Street Apt 16 | | | 94609 | (510) 696-0402 |

| Business | City | ☐ Oakland | Zip | Bus. Phone |
|---|---|---|---|---|
| 1655 Grant Street | Concord | | | ( ) |

| Do you know who is responsible? | If yes, Name | Address/School | City/State | Telephone Number |
|---|---|---|---|---|
| ☒ Yes ☐ No | Black Jesus / Lachele Thomas | | | |

| Race | Sex | Age | Date of Birth (If Known) | Physical Description | Relationship to Victim |
|---|---|---|---|---|---|
| B | M | ? | | | |

| Date of Incident | Day | Time ☐ AM ☐ PM | Address or Location Where Incident Occurred |
|---|---|---|---|
| | | | 485 40th ST |

| Vehicle Involved ☒ Suspect's ☐ Victim's | Yr. | Make | Model | Color | License No. | State | Method of Entry ☐ Forced ☐ Attempt ☐ No Force | Point of Entry ☐ Door ☐ Roof ☐ Window |
|---|---|---|---|---|---|---|---|---|
| | | Jaguar | | | | | | |

**Brief Summary of Incident**
The Black Jesus is a man I call Thrifty Sarah Kruzan Bakersfield MayBe known as Don Barrett Also known As DP to Mac Arthur Side of Oakland Piedmont Area Black Jesus is known for Sodomy

Describe What Was: ☐ Stolen ☐ Damaged ☐ Lost * It is very important to give the serial number of each items listed below.

| | Article | How Many | Model and Number | Serial Number* | Color | Value |
|---|---|---|---|---|---|---|
| 1. | Tax information manuel | | | | | |
| 2. | Daughter's SSN | | | | | |
| 3. | Daughter Birth Certificat | | | | | |
| 4. | Intellectual Properties | | | | | |

IT IS A MISDEMEANOR TO MAKE A FALSE REPORT OF A CRIME (Sec. 148.5 Calif. Penal Code)

| Signature | Date (Month/Day/Year) |
|---|---|
| Alexsis Thomas | 12·5·2017 |

*For Departmental Use Only*

| Loss | Reporting Person | Investigator's Name | Serial No. |
|---|---|---|---|
| | | | |

| Approving Supervisor | Clearance | Date Filed |
|---|---|---|
| | | |

TF-862-1 (5/12) Citizen Crime Report

**CITIZEN ADDITIONAL / SUPPLEMENTAL INFORMATION REPORT**
Oakland Police Department
455 Seventh Street, Patrol Desk (1st Floor)
Oakland, CA 94607-3956

*For Departmental Use Only*
RD No. 17-063312

Type or Print in non-erasable black ink

☒ ADDITIONAL INFORMATION — Check this box if you need more space for your report.
☐ SUPPLEMENTAL REPORT — Check this box if you have previously made a WRITTEN report of the incident and wish to add information.

Today's Date: 12-5-17
Original Report Date: 12-4-17
RD No. (if known):

LAST Name, First, Middle: Thomas, Alexsis
City: Oakland  Zip:
Date of Birth: 8-17-84
Day Phone: (510) 696-0402
Night Phone: (   )

Residence: 485 40th Apt 16

Address or Location Where Incident Occurred: Hirsch Elementry Fremont
Date Occurred: ongoing
Time: ☒ AM  ☐ PM

**Additional / Supplemental Information:**

Black Jesus known for cunning? Cunningus? Porn word for Oral Sex Hustler. Black Jesus spreads Belief of Orgasms and the Brain. IF Black Jesus. Doesn't want you to know Biology, the Black Jesus wants you "fucked up" in the Brain. THE Black Jesus wants you to have "fucked up" Orgasms According to Psychic Lachele Thomas.
Stephanie Barrett
Laphane Barrett
Melanie Oliver
Sharon Slaton
Nelson Brumfield
Teal Holmes Aimed Weapon at THE Black Jesus But DID not SHoot!

# CONFIDENTIAL - Juvenile Non-disclosure Incident Report
# FREMONT POLICE DEPARTMENT

**170503050**  Supplement No **ORIG**



2000 Stevenson Blvd
Fremont, California 94538

Phone Number (510) 790-6800
Fax Number (510) 790-6831

Reported Date 05/03/2017
Rpt/Incident Typ SC
Member# ROBERTS, TROY

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| FREMONT POLICE DEPARTMENT | 170503050 | ORIG | 05/03/2017 | 12:52 | 17050186 |

| Status | Rpt/Incident Typ |
|---|---|
| REPORT TO FOLLOW | SUSPICIOUS CIRCUMSTANCES |

Location: 4145 BAY ST #207   City: Fremont

| ZIP Code | Rep Dist | Area | Beat | From Date | From Time | To Date | To Time |
|---|---|---|---|---|---|---|---|
| 94538 | 835 | 1 | 1 1 | 05/03/2017 | 12:52 | 05/03/2017 | 12:52 |

| Member# | Assignment |
|---|---|
| 14442/ROBERTS, TROY | Swing Shift, B Team, Zone 1 |

| Entered By | Assignment | RMS Transfer | Prop Trans Stat |
|---|---|---|---|
| 14442 | Swing Shift, B Team, Zone 1 | Successful | Successful |

| Report Title | Approved By | Approving Officer |
|---|---|---|
| CONFIDENTIAL - Juvenile Non-disclosure | 2431 | 2431 |

| Approval Date | Approval Time |
|---|---|
| 05/03/2017 | 19:59:16 |

| Arrest/Exceptional Clearance | Digital Evidence |
|---|---|
| Yes | Yes |

## Person Summary

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| PER | 1 | I | THOMAS, ALEXSIS | 31000651 |

| Race | Sex | DOB |
|---|---|---|
| B | F | 08/17/1984 |

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| PER | 2 | I | THOMAS, LISA | |

| Race | Sex | DOB |
|---|---|---|
| | | |

| Invl | Invl No | Name |
|---|---|---|
| PER | 3 | See Confidential Page |

## Property Summary

Involvement: OBS

Description: Article: Other (none of the above) OTHER   AUDIO RECORDED STATEMENTS (CIMAGE)

## Summary Narrative

**Notification:**

On 05/03/2017, at approximately 1505 hours, I took a report of a suspicious circumstance. Alexsis Thomas advised that her mother, Lisa Thomas, was using her daughter's (J1) social security number to fill out housing applications and credit cards.

I spoke to Alexsis on the phone and she told me the following in summary: Alexsis stated that she suspected Lisa was using J1's social security number to apply for credit cards and housing applications. Alexsis also stated that Lisa was putting J1 on her W-2 tax form. Alexsis explained that she believed Lisa had been deceitful to her by using J1 against her as well. Alexsis told me that J1 lives with Lisa, and Lisa has full custody of her. It should be noted, Alexsis repeatedly told me she was suspicious of Lisa but did not give any evidence to her allegations.

I spoke to Lisa on the phone and she told me the following in summary: Lisa told me she had full custody of J1.

| Report Officer | Printed At |
|---|---|
| 14442/ROBERTS, TROY | 08/29/2017 17:44 |

Page 1 of 5

# CONFIDENTIAL - Juvenile Non-disclosure
# Incident Report
# FREMONT POLICE DEPARTMENT

**170503050**  Supplement No ORIG

## Summary Narrative

Lisa told me she legally adopted J1 when she was younger. Lisa stated that Alexsis is paranoid and constantly accuses her of things. Lisa told me she was getting annoyed by Alexsis accusing her over and over again. Lisa said she would seek a restraining order against Alexsis. Lisa stated that she had never used J1's social security number for housing applications or credit cards. Lisa further advised that she claims J1 as a dependent on her tax form because she is her legally guardian and parent now.

This report is for documentation only. Nothing further.

| Report Officer | Printed At |
|---|---|
| 14442/ROBERTS,TROY | 08/29/2017 17:44 |

Page 2 of 5

# CONFIDENTIAL - Juvenile Non-disclosure
## Incident Report
## FREMONT POLICE DEPARTMENT

**170503050**  Supplement No **ORIG**

### PERSON 1: THOMAS, ALEXSIS

| Involvement | Invl No | Type | Name |
|---|---|---|---|
| PERSON | 1 | Individual | THOMAS, ALEXSIS |

| MNI | Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | PRN |
|---|---|---|---|---|---|---|---|---|---|---|
| 31000651 | Black | Female | 08/17/1984 | 32 | No | 5'04" | 125# | Brown | Brown | 1845076 |

| Type | Address |
|---|---|
| Home | 2138 65TH AV |

| City | State | ZIP Code | Date |
|---|---|---|---|
| OAK | California | 94621 | 05/03/2017 |

| Type | ID No | OLS |
|---|---|---|
| Operator License/ID | D4586279 | California |

| Phone Type | Phone No | Date |
|---|---|---|
| Cell | (510) 677-3792 | 05/03/2017 |

### PERSON 2: THOMAS, LISA

| Involvement | Invl No | Type | Name |
|---|---|---|---|
| PERSON | 2 | Individual | THOMAS, LISA |

| MNI | Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | PRN |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |

| Type | Address |
|---|---|
| Home |  |

| City | State | ZIP Code | Date |
|---|---|---|---|
|  |  |  | 05/03/2017 |

| Type | ID No | OLS |
|---|---|---|
| Operator License/ID |  |  |

| Phone Type | Phone No | Date |
|---|---|---|
| Cell |  | 05/03/2017 |

### PERSON 3: Confidential

| Involvement | Invl No | Name |
|---|---|---|
| PER | 3 | See Confidential Page |

### Property

| Prop # | Involvement | Invl Date | In Custody? | Security | # Pieces |
|---|---|---|---|---|---|
| 1 | Under observation | 05/03/2017 | No | No | 2 |

| Description | Typ |
|---|---|
| AUDIO RECORDED STATEMENTS (CIMAGE) | Article |

| Cat | Article | Entered Date | Entered Time | RMS Transfer |
|---|---|---|---|---|
| Other (none of the above) | OTHER | 05/03/2017 | 19:43 | Successful |

| Control |  |
|---|---|
| 15087 | 0504170925 |

### Narrative

**Notification:**

On 05/03/2017, at approximately 1505 hours, I took a report of a suspicious circumstance. Alexsis Thomas advised that her mother, Lisa Thomas, was using her daughter's (J1) social security number to fill out housing applications and credit cards.

I spoke to Alexsis on the phone and she told me the following in summary: Alexsis stated that she suspected Lisa was using J1's social security number to apply for credit cards and housing applications. Alexsis also stated that Lisa was putting J1 on her W-2 tax form. Alexsis explained that she believed Lisa had been deceitful to her by using J1 against her as well. Alexsis told me that J1 lives with Lisa, and Lisa has full custody of her. It should be noted, Alexsis repeatedly told me she was suspicious of Lisa but did not give any evidence to her allegations.

I spoke to Lisa on the phone and she told me the following in summary: Lisa told me she had full custody of J1. Lisa told me she legally adopted J1 when she was younger. Lisa stated that Alexsis is paranoid and constantly accuses her of things. Lisa told me she was getting annoyed by Alexsis accusing her over and over again. Lisa said she would seek a restraining order against Alexsis. Lisa stated that she had never used J1's social security number for housing applications or credit cards. Lisa further advised that she claims J1 as a dependent on her tax form because she is her legally guardian and parent now.

| Report Officer | Printed At |
|---|---|
| 14442/ROBERTS, TROY | 08/29/2017 17:44 |

Page 3 of 5

**CONFIDENTIAL - Juvenile Non-disclosure**
**Incident Report**
**FREMONT POLICE DEPARTMENT**                               170503050        Supplement No ORIG

**Narrative**

This report is for documentation only. Nothing further.

| Report Officer | Printed At |
|---|---|
| 14442/ROBERTS, TROY | 08/29/2017 17:44 |
| Page 4 of 5 | |