UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXSIS S. THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>EAST BAY LAW, et al.,<br><br>    Defendants. | Case No. 18-cv-00502-JCS<br><br>**ORDER SEALING COMPLAINT PURSUANT TO RULE 5.2**<br><br>Re: Dkt. No. 1 |

In order to protect the privacy of minor children, Rule 5.2(a) of the Federal Rules of Civil Procedure provides that no party may file documents containing "the name of an individual known to be a minor" in the public record of a federal court proceeding, and that a party referring to a minor child must instead use the minor's initials. Plaintiff Alexsis Thomas's complaint and its attachments include references to the name of Thomas's minor daughter in violation of Rule 5.2(a). The complaint is hereby SEALED. A redacted version of Thomas's complaint is attached as an exhibit to this order. Although a party generally waives protection of that party's own personal information by filing it in the public record, *see* Fed. R. Civ. P. 5.2(h), the Court in an abundance of caution has also redacted all but the last four digits of Thomas's social security number and all but the year of her date of birth. Thomas is instructed to comply with Rule 5.2 in any future filings.

    **IT IS SO ORDERED.**

Dated: February 7, 2018

_____
JOSEPH C. SPERO
Chief Magistrate Judge